**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-2424

FERNANDO BALTAZAR MUNIZ,

Plaintiff - Appellant,

versus

FAIRFAX COUNTY, VA,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T. S. Ellis, III, District Judge. (CA-05-1067)

Submitted: June 9, 2006              Decided: June 22, 2006

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Fernando Baltazar Muniz, Appellant Pro Se. Karen Lee Gibbons, COUNTY ATTORNEY'S OFFICE, Fairfax, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Fernando Baltazar Muniz appeals the district court's order denying relief on his civil action brought pursuant to 42 U.S.C. § 1983 (2000) and state law.  We have reviewed the record and find no reversible error.  Accordingly, we deny Muniz's petition for hearing en banc and affirm on the reasoning of the district court.  See Muniz v. Fairfax County, No. CA-05-1067 (E.D. Va. filed Nov. 14, 2005 & entered Nov. 16, 2005).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED